# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MORGAN,
Plaintiff,
vs.
CITY OF SAN DIEGO, et al.,
Defendants.

CASE NO. 09-CV-2397-H (WVG)

**ORDER GRANTING JOINT MOTION TO DISMISS**

On April 4, 2012, Plaintiff Christopher Morgan and Defendants City of San Diego, John Davis, William Olsen, Thomas Jacques and Jeannette Warner filed a joint motion to dismiss this case in its entirety, with prejudice. (Doc. No. 140.) The Court, for good cause shown, grants the parties' joint motion. Accordingly, the Court dismisses this case in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: April 5, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT